UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Alicia Kelley,

        Plaintiff,

        v.

Greg Eaton,

        Defendant.

Civil Action No. 2:25–cv–608

## **ORDER**

On or before August 25, 2025, Plaintiff shall return executed her Magistrate Judge

Assignment Form in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this  18th    day of August 2025.

_/s/ Kevin J. Doyle_____
Kevin J. Doyle
United States Magistrate Judge